UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZACKERY J. ASKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-1159-JD |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Plaintiff Zackery J. Askins, proceeding pro se, seeks redress against the United States under the Federal Tort Claims Act. Doc. 1. He also filed an Application for Leave to Proceed in Forma Pauperis ("Application"), Doc. 2, and an amended Application for Leave to Proceed in Forma Pauperis ("Amended Application"), Doc. 5, which were referred to the undersigned Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1)(B)-(C). After review, the undersigned recommends that the Court deny the Application and Amended Application.

### I.  Background

On October 9, 2025, the Court explained that Plaintiff's Application was deficient as the financial information accompanying it was out of date and, therefore, not in compliance with 28 U.S.C. § 1915(a)(2). Doc. 4 at 1. The Court ordered Plaintiff to cure the deficiencies by filing an amended application not later than October 30, 2025. *Id.* at 2. To facilitate Plaintiff's compliance with the Order, the Court also ordered the Clerk of Court to send a copy of the Order to the facility having custody of Plaintiff. *Id.*

Plaintiff timely submitted his Amended Application for filing, and it includes the required financial information. Doc. 5 at 3-4; Doc. 5-1 at 1-2.

## II. Analysis

Petitioner's Amended Application includes a statement from an official of his custodial institution that, during the past six months, the average monthly balance of Petitioner's institutional account was $1,310.10 and the average monthly deposit was $551.69. Doc. 5 at 3-4. Petitioner is also shown to have a sum of $2,523.26 in his account as of October 20, 2025. Doc. 5 at 3; *see also* Doc. 5-1 at 2. As such, the undersigned finds that Petitioner is financially able to prepay the $405.00 filing fee for this proceeding. Because Petitioner has not shown that he qualifies for authorization to proceed without prepayment of the filing fee, Petitioner's Application and Amended Application should be denied. *See Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005) (noting that "to succeed on a motion to proceed [in forma pauperis], the movant must show a financial inability to pay the required filing fees"); 28 U.S.C. § 1915(a)(1).

## III. Recommendation and Notice of Right to Object

For the foregoing reasons, the undersigned recommends that the Court **DENY** Plaintiff's Application for Leave to Proceed in Forma Pauperis, Doc. 2, and amended Application for Leave to Proceed in Forma Pauperis, Doc. 5. The undersigned further recommends that if Plaintiff does not pay the $405.00 filing fee in full to the Clerk of Court within 21 days of any order adopting this Report and Recommendation, that this action be dismissed without prejudice to refiling, pursuant to Local Civil Rule 3.3(e).

Plaintiff is advised of his right to object to this Report and Recommendation. *See* 28 U.S.C. § 636. Any objection must be filed with the Clerk of Court by November 25, 2025. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Failure to object timely waives the right to appellate review of the factual and legal issues addressed in this Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in this matter.

**ENTERED** this 4th day of November, 2025.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE