**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ZACKERY J. ASKINS,                     )<br>                                                          )<br>            Plaintiff,                       )<br>                                                          )<br>v.                                                     )     Case No. CIV-25-01159-JD<br>                                                          )<br>UNITED STATES OF AMERICA and  )<br>UNITED STATES ARMY, a Branch of )<br>the Department of Defense,              )<br>                                                          )<br>            Defendant.                      ) | |

## ORDER

Plaintiff Zackery J. Askins filed this action against Defendants under the Federal Tort Claims Act. Askins filed an initial application for leave to proceed in forma pauperis [Doc. No. 2] and an amended application [Doc. No. 5] upon an order to cure deficiencies by United States Magistrate Judge Chris M. Stephens [Doc. No. 4]. Judge Stephens reviewed the requests to proceed in forma pauperis and issued a Report and Recommendation [Doc. No. 6] on November 4, 2025, recommending that the request to proceed in forma pauperis be denied, that Plaintiff pay the full filing fee, and that if Plaintiff fails to comply that the action be dismissed without prejudice.

On November 25, 2025, Plaintiff Zackery J. Askins paid the $405.00 filing fee for this action. [Doc. No. 9].

Upon its de novo review of the record in this action, the Court accepts the Report and Recommendation's findings and recommendations that Plaintiff's applications for

leave to proceed in forma pauperis be denied [Doc. No. 6] and denies Plaintiff's applications for leave to proceed in forma pauperis. *See* [Doc. Nos. 2, 5].

Because Plaintiff has now paid the filing fee, the action is re-referred to United States Magistrate Judge Chris M. Stephens. *See* [Doc. No. 3].

IT IS SO ORDERED this 2nd day of December 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE